PROB 12B
ED/AR (8/2002)



# United States District Court
## for the
## Eastern District of Arkansas

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Keith Gerrito James          Case Number: 4:02CR00005-001 SWW

Name of Sentencing Judicial Officer:   Honorable George Howard, Jr.
United States District Judge

Reassigned on May 27, 2008
Honorable Susan Webber Wright
United States District Judge

Offense:            Bank fraud

Date of Sentence:   February 7, 2003

Sentence:           25 months Bureau of Prisons, 4 years supervised release, mandatory drug testing, financial disclosure, no new lines of credit, $57,949.17 restitution, and $100 special penalty assessment

Type of Supervision: Supervised release     Date Supervision Commenced: December 10, 2007
Expiration Date: December 9, 2011

Asst. U.S. Attorney: Anne E. Gardner     Defense Attorney: Jerome Kearney

U.S. Probation Officer: Selina M. Earsa
Phone No.: 501-604-5258

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

**Defendant shall make restitution payments of $50 per month.**

## CAUSE

Mr. James' term of supervised release commenced on December 10, 2007. During his term of supervised release, he has maintained a stable residence with his paramour in Little Rock, Arkansas. He has also maintained stable employment. He has submitted financial information when requested and has submitted consistent negative drug tests.

On June 4, 2008, a report was submitted to the Court reporting Mr. James failed to make restitution payments for the months of February, March, and April 2008. At that time, he was verbally reprimanded and re-instructed to make restitution payments accordingly.

Prob 12B                                -2-                       Request for Modifying the
                                                                  Conditions or Terms of Supervision
                                                                  with Consent of the Offender

Name of Offender: Keith Gerrito James                Case Number: 4:02CR00005-001 SWW

In September of 2008, he improved his employment status by obtaining full-time employment with Heral Enterprises of Little Rock, Arkansas, in September of 2008, and his employer is aware of his offense and supervision status.

On December 17, 2008, a report was submitted to the Court reporting Mr. James failed to make restitution payments for the months of May, June, August, September, and November 2008, but he made a payment of $10 on July 1, 2008, and a payment of $50 on October 19, 2008. At that time, he was verbally reprimanded, re-instructed to make restitution payments accordingly, and was instructed to reassess his spending habits.

On June 8, 2009, Mr. James completed a monthly cash flow statement which revealed a current monthly income of $1,056, with monthly expenses of $1,515. His paramour reportedly assists with the household living expenses. He pays child support of $340 monthly for two of his children, which is garnished from his wages. He also provides an additional $120 monthly per verbal agreement for an additional child. Based on his current financial status, Mr. James is unable to make restitution payments based on 10% of his gross monthly income. Mr. James' financial situation will continue to be reviewed for adjustment.

On July 1, 2009, Mr. James reported to the probation office to discuss his ability to pay restitution and signed a waiver of hearing agreeing to begin making restitution payments of $50 per month. His attorney, Jerome Kearney, was contacted and has no objection to the above-noted modification.

_____                           _____
Selina M. Earsa                                     Anne E. Gardner
U.S. Probation Officer                              Assistant U.S. Attorney

Date: July 13, 2009                                 Date: July 14, 2009

This form is to be filed with Criminal Docketing as a motion.

Prob 12B -3- Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender

Name of Offender: Keith Gerrito James    Case Number: 4:02CR00005-001 SWW

THE COURT ORDERS:

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[✓] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

_____8-5-09_____
Date

This form is to be filed with Criminal Docketing as an order and/or petition.

Approved:

_____
Supervising U.S. Probation Officer

SME/khm

c:  Assistant Federal Public Defender, Jerome Kearney, 1401 West Capitol Avenue, Suite 490,
    Little Rock, AR 72201
    Assistant U.S. Attorney, Anne E. Gardner, P.O. Box 1229, Little Rock, AR 72203